UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TYREESE A. MOORE,

    Petitioner,   Civil No. 21-cv-10406
       Hon. Matthew F. Leitman
v.

SHANE JACKSON,

    Respondent.
_____/

## JUDGMENT

The above entitled action came before the Court on a petition for a writ of habeas corpus. In accordance with the Order entered on this day:

**IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that permission to appeal *in forma pauperis* is **GRANTED**.

    KINIKIA ESSIX
    CLERK OF COURT

    By:  s/Holly A. Ryan
          Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN   Dated: January 31, 2022
United States District Judge   Detroit, Michigan